UNITED STATES DISTRICT COURT                    (Effective 2/11/20)
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JENENE HOLCOMB,                                 __20__ Civ. __09043__ (AKH)

                      Plaintiff(s),      [PROPOSED]
                                       **CIVIL CASE MANAGEMENT PLAN**
    -against-

OPTUMHEALTH, INC. and UNITEDHEALTH GROUP INC.,

                      Defendant(s).
-----------------------------------------------------------X

        After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

    A.    The case (is) ~~is not~~ to be tried to a jury. [Circle as appropriate].

    B.    Non-Expert Discovery:

        1.    The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. All non-expert discovery is to be completed by __07/20/2022__, which date shall not be adjourned except upon a showing of good cause and further order of the Court. Interim deadlines for specific discovery activities may be extended by the parties on consent without application to the Court, provided the parties are certain that they can still meet the discovery completion date ordered by the Court.

            a.    The parties shall list the contemplated discovery activities and anticipated completion dates in Attachment A, annexed hereto.

        2.    Joinder of additional parties must be accomplished by __N/A__.

        3.    Amended pleadings may be filed without leave of the Court until __N/A__.

    C.    For all causes of action seeking monetary damages, each party shall identify and

quantify in Attachment B, annexed hereto, each component of damages alleged; or, if not known, specify and indicate by what date Attachment B shall be filed providing such information.

D. Second Pre-Trial Conference, Motions, Settlement, and Expert Discovery:

1. Approximately one week after the conclusion of non-expert discovery, counsel for the parties shall meet for at least two hours at the office of plaintiff's counsel, to discuss settlement. The date for the meeting is 07/27/2022, at 10:00 a.m.

2. On the second Friday thereafter, at 10:00 a.m., the parties shall meet with the Court for a Second Case Management Conference to discuss the status of the case, the schedule for dispositive motions, the status and prospects of settlement and whether alternative dispute-resolution procedures should be utilized, the need for and a schedule regulating experts and expert-discovery, a discovery bar date, and any other issue counsel or the Court wish to discuss. The Case Management Conference will be held on 08/05/2022, at 10:00 a.m.

3. Prior to the Second Case Management Conference, the parties shall meet and confer concerning a schedule for dispositive motions. The schedule will be finalized at the Second Case Management Conference. The schedule shall provide for no more than three rounds of serving and filing papers: supporting affidavits and briefs, opposing affidavits and briefs, and reply affidavits and briefs.

   a. There shall be no cross-motions. Any motions not made by the agreed date shall, unless the court orders otherwise, not be considered until after the timely-filed motion is determined.

   b. Papers served and filed by the parties shall conform to the requirements set out in the Court's Individual Rules.

E. Any request for relief from any date provided in this Case Management Plan shall conform to the Court's Individual Rules, and include an order, showing consents and disagreements of all counsel, setting out all dates that are likely to be affected by the granting of the relief requested, and proposed modified dates. Unless and until the Court approves the proposed order, the dates provided in this Plan shall be binding.

F. A final pre-trial conference will be held on a date to be set, as close as possible to the date that trial is expected to begin. The parties, three days before said meeting, shall submit their pre-trial order, conforming to the Court's Individual Rules and, at the conference, deliver their exhibit books containing all exhibits

the parties actually intend to offer at the trial.

G. Pre-Trial Motions:

Applications for adjournments and for discovery or procedural rulings will reflect or contain the positions of all parties, and otherwise conform to my Individual Rule 1(D). Unless the Court rules otherwise, motions shall not modify or delay the conduct of discovery or the schedules provided in this Case Management Plan.

SO ORDERED.

DATED: New York, New York

_____, 20\_\_

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge

G:\AKH\Forms\CivilCaseMgmtPlan

## ATTACHMENT A

**The Parties are to list the discovery activities (i.e., production of documents, number of depositions, requests to admit, interrogatories) and anticipated completion dates:**

| DISCOVERY ACTIVITIES | COMPLETION DATE |
|---|---|
| 1. Depositions of Plaintiff, 30(b)(6) Deposition | 07/20/2022 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |

**ATTACHMENT B**

**For all causes of action seeking monetary damages, each party shall identify and quantify each component of damages alleged:**

1. **PLAINTIFF'S CLAIMS:**

Plaintiff seeks: (a) economic damages, consisting of back pay, benefits and front pay. Presently, plaintiff's back pay claim amounts to approximately $100,247 through February 9, 2021 and increases approximately $1,837 per week. Plaintiff lacks information to calculate the value of her lost benefits. Plaintiff's front pay claim will be based on her back pay calculations. Plaintiff reserves the right to have her economic damages calculated by an expert witness. Plaintiff seeks compensatory damages for her garden variety emotional pain and suffering and other intangible damages, as well as punitive damages. These damages cannot be calculated. Plaintiff seeks recovery of her costs, interest on her economic damages and a statutory attorneys' fee.

2. **COUNTERCLAIMS AND CROSS-CLAIMS:**

No counterclaims or cross-claims have been alleged in this action.

3. **THIRD-PARTY CLAIMS**:

No third-party claims have been alleged in this action.