UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
JENENE HOLCOMB,

                       Plaintiff,

   -against-

OPTUMHEALTH, et al.,

                       Defendants.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

20 Civ.  9043 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On August 12, 2022, I held a telephonic status conference in the above-captioned matter.  Any motion for summary judgment shall be filed by September 16, 2022.  Opposition will be due October 7, 2022 and any reply will be due by October 14, 2022.

       SO ORDERED.

Dated:     August 12, 2022                    __/s/ Alvin K. Hellerstein_____
             New York, New York           ALVIN K. HELLERSTEIN
                                                          United States District Judge