# MICHAEL G. O'NEILL
ATTORNEY AT LAW

The oral argument scheduled for May 30, 2023, is adjourned to June 27, 2023, at 2:30 p.m.

SO ORDERED.

/s/ Alvin K. Hellerstein, U.S.D.J.
April 26, 2023

**By ECF**

April 26, 2023

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Holcomb v. Optumhealth, Inc. and Unitedhealth Group, Inc.
20 Civ. 9043 (AKH)

Dear Judge Hellerstein:

I represent the plaintiff and I am writing to request an adjournment of the May 30, 2023 oral argument of defendants' motion for summary judgment. The argument date falls at the tail end of a trip that my wife and I are taking in May. Due to an oversight, I hadn't noticed the conflict until this past weekend.

I have conferred with counsel for defendants who consent to my request. They ask that the argument not be rescheduled for the week of June 5 but are free the week of June 12.

I appreciate the Court's consideration of my request.

Respectfully yours,

[signature]