# MICHAEL G. O'NEILL
ATTORNEY AT LAW

**By ECF**

July 29, 2023

The oral argument scheduled for August 15, 2023 is adjourned until September 20, 2023 at 2pm.

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
August 1, 2023

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Holcomb v. Optumhealth, Inc. and Unitedhealth Group, Inc.
                20 Civ. 9043 (AKH)

Dear Judge Hellerstein:

     I represent the plaintiff and I am writing to request an adjournment of the August 15, 2023 oral argument of defendants' motion for summary judgment until after Labor Day due to my vacation schedule. Defendants consent and would also have a conflict if adjourned to later in August.

     I appreciate the Court's consideration of my request.

                         Respectfully yours,