UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JENENE HOLCOMB,

                Plaintiff,                         20 **CIVIL** 9043 (AKH)

       -against-                               **JUDGMENT**

OPTUMHEALTH, INC. and UNITEDHEALTH
 GROUP, INC.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 04, 2023, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
          October 04, 2023

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                            **BY:**

                                                           **Deputy Clerk**